ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* ACUFF.

BECK, J. While there were some inaccuracies in those portions of the charge that were complained of, they were not of such a character as to require the grant of a new trial, and the evidence was sufficient to support the verdict. *Judgment affirmed. All the Justices concur.*
JANUARY 24, 1913.

Action for damages. Before Judge Fite. Dade superior court. September 19, 1911.

*Maddox, McCamy & Shumate,* for plaintiff in error.
*Foust, Payne & Tatum,* contra.